1 | Wendy C York, Bar No: 166864     (916) 643-2200
2 | YORK LAW CORPORATION
    1111 Exposition Blvd.
3 | Sacramento, CA 95815

4 | Representing: Plaintiff     File No.none

*FILED*
*08 MAR 28 PM 3:37*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*N. DIST. OF CALIFORNIA*

United States District Court

Northern District of California

| | |
|---|---|
| Watts | Case No: CV 08 1236 JL |
|        Plaintiff/Petitioner | Proof of Service of: |
| vs. | See Attachment |
| Allstate Indemnity Company, et al. | |
|        Defendant/Respondent | |

Service on:
    Allstate Insurance Company, an Illinois Corporation

Hearing Date:
Hearing Time:
Div/Dept:

*BY FAX*

PROOF OF SERVICE

FF# 6659446

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Wendy C York, 166864<br>YORK LAW CORPORATION<br>1111 Exposition Blvd. Building 500<br>Sacramento, CA 95815<br>TELEPHONE NO.: (916) 643-2200<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Watts<br>DEFENDANT/RESPONDENT: Allstate Indemnity Company, et al. | CASE NUMBER:<br>CV 08 1236 JL |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: See Attachment

3. a. Party served: Allstate Insurance Company, an Illinois Corporation

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 3/27/2008    (2) at (time): 2:30 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Allstate Insurance Company, an Illinois Corporation

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:           Jimmy Lizama
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/28/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                              **PROOF OF SERVICE OF SUMMONS**                Code of Civil Procedure, § 417.10

FF# 6659446

Attachment:

Summons In A Civil Case; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Office Hours; Drop Box Filing Procedures; Notice of Assignment of Case To A United States Magistrate Judge for Trial; Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge and Request for Reassignment to A United States District Judge; ECF Registration Information Handout