FILED

08 MAR 28 PM 3: 38
CHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
... DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | Wendy C York, Bar No: 166864 |
| 2 | YORK LAW CORPORATION |
|   | 1111 Exposition Blvd. |
| 3 | Sacramento, CA 95815 |

(916) 643-2200

4    Representing: Plaintiff                    File No.none

8    United States District Court

9    Northern District of California

12   Watts

14              Plaintiff/Petitioner

15                    vs.

16   Allstate Indemnity Company, et al.

17              Defendant/Respondent

Case No: CV 08 1236 JL

Proof of Service of:

Summons In A Civil Case; Complaint; Civil Cover
Sheet; Order Setting Initial Case Management
Conference and ADR Deadlines; Office Hours;
Drop Box Filing Procedures; Notice of Assignment
of Case To A United States Magistrate Judge for
Trial; Consent to Proceed Before A United States

Service on:

Allstate Property and Casualty Insurance Company,
an Illinois corporation

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

EF# 6659447

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Wendy C York, 166864<br>YORK LAW CORPORATION<br>1111 Exposition Blvd. Building 500<br>Sacramento, CA 95815<br>TELEPHONE NO.: (916) 643-2200<br>ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Watts | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Allstate Indemnity Company, et al. | CV 08 1236 JL |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: See Attachment

3. a. Party served: Allstate Property and Casualty Insurance Company, an Illinois corporation

    b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
    LOS ANGELES, CA 90017

5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 3/27/2008    (2) at *(time):* 2:30 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    c. on behalf of:

    Allstate Property and Casualty Insurance Company, an Illinois corporation

    under:    CCP 416.10 (corporation)

7. **Person who served papers**
    a. Name:    Jimmy Lizama
    b. Address:    One Legal - 194-Marin
        504 Redwood Blvd #223
        Novato, CA 94947
    c. Telephone number:    415-491-0606
    d. The fee for service was: $ 14.95
    e. I am:
        (3) registered California process server.
            (i) Employee or independent contractor.
            (ii) Registration No.: 4553
            (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/28/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6659447

Attachment

Summons In A Civil Case; Complaint; Civil Cover Sheet; Order Setting Initial Case
Management Conference and ADR Deadlines; Office Hours; Drop Box Filing
Procedures; Notice of Assignment of Case To A United States Magistrate Judge for Trial;
Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed
Before A Magistrate Judge and Request for Reassignment to A United States District
Judge; ECF Registration Information Handout