1  Wendy C York, Bar No: 166864          (916) 643-2200
2  YORK LAW CORPORATION
   1111 Exposition Blvd.
3  Sacramento, CA 95815

4  Representing: Plaintiff          File No.none

5

6

7

8                          United States District Court

9                          Northern District of California

10

11

12  Watts
                                          Case No: CV 08 1236 JL
13
                    )
14          Plaintiff/Petitioner   )      Proof of Service of:
                                   )      See Attachment
15              vs.                )
                                   )
16  Allstate Indemnity Company, et al.  )
                                   )
17          Defendant/Respondent   )
                                   )
18  ─────────────────────────────── )
                                          Service on:
19                                        Allstate Indemnity Company, an Illinois
20                                        Corporation
21
22                                        Hearing Date:
                                          Hearing Time:
23                                        Div/Dept:
24
25
26
27
28

                                PROOF OF SERVICE

FF# 6659445

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Wendy C York, 166864<br>YORK LAW CORPORATION<br>1111 Exposition Blvd. Building 500<br>Sacramento, CA 95815<br>    TELEPHONE NO.: (916) 643-2200<br>ATTORNEY FOR *(Name):* Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Watts | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Allstate Indemnity Company, et al. | CV 08 1236 JL |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: See Attachment

3. a. Party served: Allstate Indemnity Company, an Illinois Corporation

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
                                     LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 3/27/2008       (2) at *(time):* 2:30 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Allstate Indemnity Company, an Illinois Corporation

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:         Jimmy Lizama
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
                   415-491-0606
   c. Telephone number:
   d. The fee for service was: $ 14.95
   e. I am:
       (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/28/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                   (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007]              **PROOF OF SERVICE OF SUMMONS**         Code of Civil Procedure, § 417.10

FF# 6659445

Attachment:

Summons In A Civil Case; Complaint; Civil Cover Sheet; Order Setting Initial Case
Management Conference and ADR Deadlines; Office Hours; Drop Box Filing
Procedures; Notice of Assignment of Case To A United States Magistrate Judge for Trial;
Consent to Proceed Before A United States Magistrate Judge; Declination to Proceed
Before A Magistrate Judge and Request for Reassignment to A United States District
Judge; ECF Registration Information Handout