| | |
|---|---|
| 1 | WENDY C. YORK (State Bar No. 166864) |
| | TIMOTHY B. NELSON (State Bar No. 235279) |
| 2 | YORK LAW CORPORATION |
| | 1111 Exposition Boulevard, Building 500 |
| 3 | Sacramento, CA 95815 |
| | Telephone: (916) 643-2200 |
| 4 | Facsimile: (916) 643-4680 |
| 5 | Attorneys for Plaintiff and the Class |
| 6 | |
| 7 | SONIA MARTIN (State Bar No. 191148) |
| | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 8 | 525 Market Street, 26th Floor |
| | San Francisco, CA 94105-2708 |
| 9 | Telephone: (415) 882-5000 |
| | Facsimile: (415) 882-0300 |
| 10 | Email: smartin@sonnenschein.com |
| 11 | Attorneys for Defendants |
| | ALLSTATE INDEMNITY COMPANY, |
| 12 | ALLSTATE INSURANCE COMPANY, and |
| | ALLSTATE PROPERTY AND CASUALTY |
| 13 | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | ROBERT WATTS, on behalf of himself individually and all others similarly situated, | No. CV 08 1236 JL |
| 20 | Plaintiffs, | STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT |
| 21 | vs. | |
| 22 | ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive, | |
| 26 | Defendants. | |

CASE NO. CV 08 1236 JL                    STIP. EXTENDING DEFENDANTS'
                                          TIME TO RESPOND TO COMPLAINT

04/10/2008  10:05    9166434680                    YORK LAW CORP                        PAGE  03/03

| | |
|---|---|
| 1 | The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation: |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the current deadline for defendants Allstate Indemnity Company, Allstate Insurance Company and Allstate Property And Casualty Insurance Company (collectively, "Defendants") to respond to plaintiff's complaint is April 16, 2008;

WHEREAS, Defendants' counsel is scheduled to be on vacation during the week of April 14, 2008, and has requested a two-week extension of time to respond to the complaint;

IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendants to respond to plaintiff's complaint is continued to April 30, 2008.

IT IS SO STIPULATED.

Dated: April 10, 2008

YORK LAW CORPORATION

By: _____
WENDY C. YORK
TIMOTHY B. NELSON

Attorneys For Plaintiff and the Class

Dated:: April 11, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
SONIA MARTIN

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

CASE NO. CV 08 1236 JL

-2-

STIP. EXTENDING DEFENDANTS' TO COMPLAINT

PAGE 3/3 * RCVD AT 4/10/2008 1:07:29 PM [Central Daylight Time] * SVR:CHI2KRF01/8 * DNIS:4781 * CSID:9166434680 * DURATION (mm-ss):01-22