1  SONIA MARTIN (State Bar No. 191148)
   SONNENSCHEIN NATH & ROSENTHAL LLP
2  525 Market Street, 26th Floor
   San Francisco, CA 94105-2708
3  Telephone: (415) 882-5000
   Facsimile: (415) 882-0300
4  Email: smartin@sonnenschein.com

FILED



08 APR 23  PM 3: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Attorneys for Defendants
   ALLSTATE INDEMNITY COMPANY,
6  ALLSTATE INSURANCE COMPANY, and
   ALLSTATE PROPERTY AND CASUALTY
7  INSURANCE COMPANY

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. CV 08 1236 JL<br><br>APPLICATION FOR ADMISSION OF MARK HANOVER PRO HAC VICE |

    Pursuant to Civil L.R. 11-3, Mark Hanover, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendants Allstate Indemnity Company, Allstate Insurance Company and Allstate Property And Casualty Insurance Company in the above-entitled action.

    In support of this application, I certify on oath that:

-1-

Case No. CV 08 1236 JL

APPLICATION FOR ADMISSION OF
MARK HANOVER PRO HAC VICE

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Sonia Martin (State Bar No. 191148)
> Sonnenschein Nath & Rosenthal LLP
> 525 Market Street, 26th Floor
> San Francisco, California 94105
> Telephone: (415) 882-5000
> Facsimile: (415) 882-0300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April __, 2008

*/s/ Mark L. Hanover*
Mark Hanover

27294928

Case No. CV 08 1236 JL

-2-

APPLICATION FOR ADMISSION OF MARK HANOVER PRO HAC VICE

PROOF OF SERVICE

I, Cynthia Lakes, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On April 23, 2008, I caused to be served on the interested parties in this action the following document(s):

1. APPLICATION FOR ADMISSION OF MARK HANOVER PRO HAC VICE;
2. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MARK HANOVER PRO HAC VICE

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

> Wendy York, Esq.
> Timothy Nelson, Esq.
> York Law Corporation
> 1111 Exposition Blvd., Building 500
> Sacramento, CA  95815

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 23, 2008, at San Francisco, California.

*/s/ Cynthia Lakes*

-1-