UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAY 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ROBERT WATTS, on behalf of himself individually and all others similarly situated,

Plaintiff,

v.

ALLSTATE INDEMNITY CO., an Illinois corporation, *et al.*,

Defendants.

No. C 08-1236 SBA

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

[Docket No. 9]

---

Mark Hanover is an active member in good standing of the bar of Illinois, whose business address and telephone number is Sonnenschein Nath & Rosenthal, LLP 7800 Sears Tower, 233 South Wacker Dr., Chicago, IL 60606-6404, and has applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Allstate Indemnity, Allstate Ins. Co., Allstate Property and Casualty Insurance Co.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

IT IS SO ORDERED.

May 2
April ___, 2008

_____
Saundra Brown Armstrong
United States District Judge