UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT WATTS
        Plaintiff(s),

v.

ALLSTATE INDEMNITY COMPANY, et al.
        Defendant(s).
_____/

CASE NO. CV 081236 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 4, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Sonia Martin | Allstate Defendants | (415) 882-5000 | smartin@sonnenschein.com |
| Mark Hanover | Allstate Defendants | (312) 876-8000 | mhanover@sonnenschein.com |
| Wendy York | Robert Watts | (916) 643-2200 | wyork@yorklawcorp.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: May 13, 2008

                                                                               Wendy York
                                                                               Attorney for Plaintiff
                                                                               Robert Watts

Dated: May 13, 2008

                                                                               Sonia Martin
                                                                               Attorney for Defendant
                                                                               Allstate Defendants

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| COURT: | United States District Court for the Northern District of California |
| CASE NO. | CV 081236 |
| CASE NAME: | Robert Watts v. Allstate Indemnity Company, et al. |

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 1111 Exposition Boulevard, Building 500, Sacramento CA 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am readily familiar with York Law Corporation's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (CCP Section 1013a(3) or Fed.R.Civ.P.5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

On May 13, 2008, I caused the within, **NOTICE OF NEED FOR ADR PHONE CONFERENCE,** to be served via

**XX      MAIL--**
Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid addressed as follows:

**XX      By E-Mail / Electronic Transmission--**
Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below: I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

Sonia Martin, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market St 26FL
San Francisco, CA, 94105-2708
smartin@sonnenschein.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration is executed on May 13, 2008 at Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Kristine McFadden*
Kristine McFadden

Proof Of Service - 1