| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| YORK LAW CORPORATION<br>1111 EXPOSITION BOULEVARD<br>BUILDING 500<br>SACRAMENTO  CA 95815 | 916.643-2200<br>Ref. No. or File No. | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT CT

| SHORT TITLE OF CASE: WATTS vs ALLSTATE | | | | |
|---|---|---|---|---|
| 075909 | DATE: 06/04/08 | TIME: 03:30 PM | DEPT/DIV | CASE NUMBER: C08-01236 SBA |

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

   CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES

2.  a. PARTY SERVED: SONIA MARTIN, ESQ.

    b. PERSON SERVED: Gerardi Roun

       RELATIONSHIP: Mail clerk

    c. ADDRESS: SONNENSCHEIN NATH ROSENTH
       525 MARKET STREET 26TH FL.
       SAN FRANCISCO  CA 941052708

3. I SERVED THE PARTY NAMED IN ITEM 2

   BY PERSONALLY DELIVERING THE COPIES ON 5\14\08 AT 11:10

4. PERSON SERVING: Mary Schwab           FEE FOR SERVICE: $ 00



P.O. Box 4910 (94598-0910)
2138 North Main Street, Suite D
Walnut Creek, CA 94596-3708

Tel. (925) 945-1922 • Fax (925) 946-1771

Registered California process server ☒
(1) ☐ Employee   ☐ Independent Contractor
(2) Registration No. 1010
(3) County: San Francisco
(4) Expiration Date:

☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5\14\08                              Mary Schwab
                                           SIGNATURE



Printed on Recycled Paper