1
2
3
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4
5
6

| | | |
|---|---|---|
| 7 | WATTS       Plaintiff, ) | No. C 08-01236 SBA |
| 8 | vs.                  ) | CLERK'S NOTICE |
| 9 |              ) | |
| 10 | ALLSTATE INDEMNITY COMPANY ) ET AL, ) | |
| 11 |      Defendant.     ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for June 4, 2008, at 3:30 p.m., has been continued to Tuesday, June 24, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 5/28/08

FOR THE COURT,
Richard W. Wieking, Clerk

By: _____
LISA R. CLARK
Courtroom Deputy

To: