1 | WENDY C. YORK, SBN 166864
2 | JENNIFER B. EULER, SBN 232378
**York Law Corporation**
3 | 1111 Exposition Boulevard, Building 500
Sacramento, CA 95815
4 | Telephone: (916) 643-2200
Facsimile: (916) 643-4680
5 |
6 | Attorney for Plaintiff
ROBERT WATTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WATTS | ) | No. C 08-01236 SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| ALLSTATE INDEMNITY COMPANY, ET AL. | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WATTS       Plaintiff, | ) ) | No. C 08-01236 SBA |
| vs. | ) ) ) | CLERK'S NOTICE |
| ALLSTATE INDEMNITY COMPANY ET AL,<br>    Defendant. | ) ) ) ) ) ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

   **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for June 4, 2008, at 3:30 p.m., has been continued to Tuesday, June 24, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 5/28/08

                              FOR THE COURT,
                              Richard W. Wieking, Clerk


                              By: _____
                                  LISA R. CLARK
                                  Courtroom Deputy

To:

COURT: United States District Court for the Northern District of California
CASE NO. C 08-01236 SBA
CASE NAME: Robert Watts v. Allstate Indemnity Company, et al.

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 1111 Exposition Boulevard, Building 500, Sacramento CA 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am readily familiar with York Law Corporation's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (CCP Section 1013a(3) or Fed.R.Civ.P.5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

On May 28, 2008, I caused the within, **CLERK'S NOTICE – CONTINUANCE OF CASE MANAGEMENT CONFERENCE,** to be served via

XX___MAIL--
Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid addressed as follows:

Sonia Martin, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market St 26FL
San Francisco, CA, 94105-2708

Mark Hanover
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Dr.
Chicago, IL 60606-6404

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration is executed on May 28, 2008 at Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Evalina Patino_
Evalina Patino

Proof Of Service - 1