WENDY C. YORK, SBN 166864
JENNIFER B. EULER, SBN
**YORK LAW CORPORATION**
1111 Exposition Boulevard, Building 500
Sacramento, CA 95815
Telephone: 916-643-2200
Facsimile: 916-643-4680

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: **No. C 08-01236 SBA**<br><br><br>**NOTICE OF CHANGE OF COUNSEL** |

PLEASE TAKE NOTICE that attorney Timothy B. Nelson (tnelson@yorklawcorp.com) is no longer with our firm. The attorney replacing Mr. Nelson on the above-referenced case is Jennifer B. Euler (jeuler@yorklawcorp.com).

DATED: May 29, 2008

YORK LAW CORPORATION

By:_____
WENDY C. YORK
JENNIFER B. EULER
Attorneys for Plaintiff and the Class

-1-

COURT:        United States District Court for the Northern District of California
CASE NO.      C 08-01236 SBA
CASE NAME:    Robert Watts v. Allstate Indemnity Company, et al.

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 1111 Exposition Boulevard, Building 500, Sacramento CA 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am readily familiar with York Law Corporation's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (CCP Section 1013a(3) or Fed.R.Civ.P.5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

On May 29, 2008, I caused the within, **NOTICE OF CHANGE OF COUNSEL,** to be served via

<u>XX    MAIL--</u>
Placed in the United States Mail at Sacramento, California in an envelope with postage thereon fully prepaid addressed as follows:

Sonia Martin, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market St 26FL
San Francisco, CA, 94105-2708

Mark Hanover
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Dr.
Chicago, IL 60606-6404

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration is executed on May 29, 2008 at Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Evalina Patino