**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ROBERT WATTS,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY, *et al.*,

    Defendants.

No. C 08-1236 SBA

**ORDER**

[Docket Nos. 13, 20]

The hearing on defendant's Motion to Dismiss or, Alternatively, Motion to Stay Pending Appraisal [Docket No. 13], set for June 24, 2008, at 1:00 p.m., is VACATED, as the Court will consider the matter on the pleadings. If the Court requires a hearing, the Court shall notice the parties. Further, the Case Management Conference scheduled for June 24, 2008 at 1:00 p.m., *see* Docket No. 20, shall be CONTINUED to July 10, 2008 at 3:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

June 16, 2008

                                          Saundra Brown Armstrong
                                          United States District Judge