1  WENDY YORK (State Bar No. 166864)
   JENNIFER B. EULER (State Bar No. 232378)
2  YORK LAW CORPORATION
   1111 Exposition Boulevard, Building 500
3  Sacramento, CA  95815
   Telephone:  (916) 643-2200
4  Facsimile:  (916) 643-4680
   Email:      wyork@yorklawcorp.com
5              jeuler@yorklawcorp.com

6  Attorneys for Plaintiff
   ROBERT WATTS
7

8  MARK HANOVER (*Pro Hoc Vice*)
   SONIA MARTIN (State Bar No. 191148)
9  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 North California Blvd., Suite 800
10 Walnut Creek, CA  94596
   Telephone: (925) 949-2600
11 Facsimile:  (925) 949-2610
   Email:      smartin@sonnenschein.com
12             mhanover@sonnenschein.com

13 Attorneys for Defendants
   ALLSTATE INDEMNITY COMPANY,
14 ALLSTATE INSURANCE COMPANY, and
   ALLSTATE PROPERTY AND CASUALTY
15 INSURANCE COMPANY

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18                                  OAKLAND DIVISION

19

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all other similarly situated, | No. CV 081236 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE COMPLIANCE WITH JUNE 17, 2008 ORDER |
| vs. | |
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation, ALLSTATE INSURANCE COMPANY, an Illinois corporation, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

-1-

CASE NO. CV 081236                    STIPULATION AND [PROPOSED] ORDER
                                      RE COMPLIANCE WITH JUNE 17, 2008 ORDER

1  Plaintiff Robert Watts and defendant Allstate Insurance Company, by and through their
2  respective counsel of record, hereby stipulate and agree as follows:
3  WHEREAS, the Court issued an Order on June 17, 2008, directing the parties to "meet and
4  confer" concerning various topics and to file a certification of compliance by June 27, 2008;
5  WHEREAS, the parties have been unable to arrange a mutually agreeable time to "meet and
6  confer" because plaintiff's counsel is in a binding arbitration through Thursday, June 26, 2007, and
7  Allstate's counsel is unavailable on Friday, June 27, 2008 due to a previously-scheduled family
8  commitment;
9  IT IS HEREBY STIPULATED that, with the Court's approval, the parties' deadline to
10 comply with the June 17, 2008 Order shall be extended by two weeks, to July 11, 2008.
11 IT IS SO STIPULATED

Respectfully submitted,

Dated: June 25, 2008                 YORK LAW CORPORATION


By_____/s/_____
         JENNIFER B. EULER
Attorneys for Plaintiff ROBERT WATTS


Dated: June 25, 2008                 SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/_____
           SONIA MARTIN
Attorneys for Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

IT IS SO ORDERED.

_____
Honorable Saundra Brown Armstrong
U.S. District Court Judge

-2-

CASE NO. CV 081236                              STIPULATION RE: COMPLIANCE
                                                WITH JUNE 17, 2008 ORDER