| | |
|---|---|
| 1 | WENDY YORK (State Bar No. 166864) |
|   | JENNIFER B. EULER (State Bar No. 232378) |
| 2 | YORK LAW CORPORATION |
|   | 1111 Exposition Boulevard, Building 500 |
| 3 | Sacramento, CA  95815 |
|   | Telephone:  (916) 643-2200 |
| 4 | Facsimile:  (916) 643-4680 |
|   | Email:     wyork@yorklawcorp.com |
| 5 |            jeuler@yorklawcorp.com |
| 6 | Attorneys for Plaintiff |
|   | ROBERT WATTS |
| 7 | |
| 8 | MARK HANOVER (*Pro Hoc Vice*) |
|   | SONIA MARTIN (State Bar No. 191148) |
| 9 | SONNENSCHEIN NATH & ROSENTHAL LLP |
|   | 2121 North California Blvd., Suite 800 |
| 10 | Walnut Creek, CA  94596 |
|    | Telephone: (925) 949-2600 |
| 11 | Facsimile:  (925) 949-2610 |
|    | Email:     smartin@sonnenschein.com |
| 12 |            mhanover@sonnenschein.com |
| 13 | Attorneys for Defendants |
|    | ALLSTATE INDEMNITY COMPANY, |
| 14 | ALLSTATE INSURANCE COMPANY, and |
|    | ALLSTATE PROPERTY AND CASUALTY |
| 15 | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 19 | | |
| 20 | ROBERT WATTS, on behalf of himself individually and all other similarly situated, | No. CV 081236 |
| 21 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE COMPLIANCE WITH JUNE 17, 2008 ORDER |
| 22 | vs. | |
| 23 | ALLSTATE INDEMNITY COMPANY, an Illinois corporation, ALLSTATE INSURANCE COMPANY, an Illinois corporation, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive, | |
| 27 | Defendants. | |
| 28 | | |

-1-

CASE NO. CV 081236                                     STIPULATION AND [PROPOSED] ORDER
                                                        RE COMPLIANCE WITH JUNE 17, 2008 ORDER

1 | Plaintiff Robert Watts and defendant Allstate Insurance Company, by and through their
2 | respective counsel of record, hereby stipulate and agree as follows:
3 | WHEREAS, the Court issued an Order on June 17, 2008, directing the parties to "meet and
4 | confer" concerning various topics and to file a certification of compliance by June 27, 2008;
5 | WHEREAS, the parties have been unable to arrange a mutually agreeable time to "meet and
6 | confer" because plaintiff's counsel is in a binding arbitration through Thursday, June 26, 2007, and
7 | Allstate's counsel is unavailable on Friday, June 27, 2008 due to a previously-scheduled family
8 | commitment;
9 | IT IS HEREBY STIPULATED that, with the Court's approval, the parties' deadline to
10 | comply with the June 17, 2008 Order shall be extended by two weeks, to July 11, 2008.
11 | IT IS SO STIPULATED

Respectfully submitted,

Dated: June 25, 2008                         YORK LAW CORPORATION


By_____/s/_____
JENNIFER B. EULER
Attorneys for Plaintiff ROBERT WATTS


Dated: June 25, 2008                         SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/_____
SONIA MARTIN
Attorneys for Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

IT IS SO ORDERED.

7/1/08

_____
Honorable Saundra Brown Armstrong
U.S. District Court Judge

-2-

CASE NO. CV 081236                                      STIPULATION RE: COMPLIANCE
                                                        WITH JUNE 17, 2008 ORDER