**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ROBERT WATTS, | No. C 08-1236 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 25] |
| ALLSTATE INDEMNITY COMPANY, *et al.*, | |
| Defendants. | |

The Case Management Conference scheduled for July 10, 2008 at 3:45 p.m, *see* Docket No. 25, shall be CONTINUED to July 17, 2008 at 2:45 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

July 1, 2008                              _Saundra B Armstrong_
                                                   Saundra Brown Armstrong
                                                   United States District Judge