WENDY C. YORK, SBN 166864
JENNIFER B. EULER, SBN 232378
**YORK LAW CORPORATION**
1111 Exposition Boulevard, Building 500
Sacramento, CA 95815
Telephone: 916-643-2200
Facsimile: 916-643-4680

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: CV 081236<br><br>DECLARATION OF JENNIFER B. EULER IN SUPPORT OF VENUE IN THE NORTHERN DISTRICT<br><br>Place:    Courtroom 3<br>Judge:    Hon. Saundra Brown Armstrong |

I, JENNIFER B. EULER, declare as follows:

1.    I am an associate attorney at the York Law Corporation. I am admitted to the bar of the State of California and one of the attorneys of record representing Plaintiff ROBERT WATTS ("Plaintiff") in the matter titled *Watts v. Allstate Indemnity Company, et. al.* United States District Court for the Northern District of California, Case Number CV 081236.

-1-

2. I make this declaration based upon my personal knowledge and if called as a witness I could and would testify competently thereto.

3. On February 28, 2008, Plaintiff, Robert Watts, filed a complaint against Allstate Indemnity Company, Allstate Insurance Company, and Allstate Property and Casualty Insurance Company ("Allstate") pursuant to 28 U.S.C. § 1332(a)(2) because complete diversity exists between the Plaintiff and Allstate, and the amount in controversy exceeds $75,000. In addition, the complaint establishes a basis for federal question jurisdiction under 28 U.S.C. § 1331, based on an alleged violation of the Racketeer Influence and Corrupt Organization statute, 18 U.S.C. §1964(a) and (c).

4. Plaintiff, Robert Watts, filed his action on behalf of himself individually and all others similarly situated. In this case, those similarly situated are all people who were insured by Allstate for any length of time from 1998 to the present whose Allstate insured vehicles were involved in a collision and Allstate refused to replace or repair the seatbelts in the vehicles.

5. The class Plaintiff seeks to represent is believed to consist of well over one million members. These class members are spread throughout California and a large portion of the potential class members reside in the Northern District of California.

6. Venue is appropriate in the Northern District pursuant to 28 U.S.C. § 1391 because Allstate maintains offices and transacts significant business in the Northern District; a substantial number of Allstate policy holders and potential class members reside in the Northern District; their Allstate insured vehicles are situated in the Northern District; and all defendants are within the Court's jurisdiction for purposes of service of process.

7. Allstate Insurance Company has hundreds of auto insurance brokers in the Northern District. These brokers sell the auto insurance policies that are at issue in this matter. From the sale of these auto policies, Allstate has received substantial compensation in the Northern District and continues to have a significant presence in the Northern District of California.

8. Allstate operates numerous Allstate certified auto repair shops in the Northern District. These Allstate certified auto repair shops are the subject of Plaintiff's RICO and unfair

-2-

-3-

1. competition causes of action.

9. Based on the population distribution of California, the number of Allstate insurance brokers in the Northern District, the number of Allstate auto insurance policy holders in the Northern District, and the number of Allstate certified auto repair shops in the Northern District, a significant number of potential class members reside in the Northern District of California. As such, the Northern District is the appropriate venue for this case to proceed.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of June, 2008, in Sacramento, California.

_____
JENNIFER B. EULER

| | |
|---|---|
| COURT: | United States District Court for the Northern District of California |
| CASE NO. | C 08-01236 SBA |
| CASE NAME: | Robert Watts v. Allstate Indemnity Company, et al. |

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 1111 Exposition Boulevard, Building 500, Sacramento CA 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am readily familiar with York Law Corporation's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (CCP Section 1013a(3) or Fed.R.Civ.P.5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

On June 27, 2008, I caused the within, **DECLARATION OF JENNIFER B. EULER IN SUPPORT OF VENUE IN THE NORTHERN DISTRICT,** to be served via

**XX      By E--Mail / Electronic Transmission--**
Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below: I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

Sonia Martin, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market St 26FL
San Francisco, CA, 94105-2708

Mark Hanover
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Dr.
Chicago, IL 60606-6404
(VIA U.S. MAIL)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration is executed on June 27, 2008 at Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EVALINA PATINO

Proof Of Service - 1