1  WENDY C. YORK, SBN 166864
   JENNIFER B. EULER, SBN 232378
2  **YORK LAW CORPORATION**
   1111 Exposition Boulevard, Building 500
3  Sacramento, CA 95815
4  Telephone: 916-643-2200
   Facsimile: 916-643-4680
5
6  Attorneys for Plaintiff and the Class

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12 | ROBERT WATTS, on behalf of himself | CASE NO.: CV 081236 |
   | individually and all others similarly situated, | |
13 | | |
   | Plaintiffs, | SECOND DECLARATION OF JENNIFER B. EULER IN SUPPORT OF VENUE IN THE NORTHERN DISTRICT |
14 | vs. | |
15 | ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE | |
16 | INSURANCE COMPANY, an Illinois | Place: Courtroom 3 |
   | corporation; ALLSTATE PROPERTY | Judge: Hon. Saundra Brown Armstrong |
17 | AND CASUALTY INSURANCE | |
18 | COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive, | |
19 | | |
20 | Defendants. | |

21

22      I, JENNIFER B. EULER, declare as follows:

23      1.      I am an associate attorney at the York Law Corporation. I am admitted to the bar

24 of the State of California and one of the attorneys of record representing Plaintiff ROBERT

25 WATTS ("Plaintiff") in the matter titled *Watts v. Allstate Indemnity Company, et. al.* United

26 States District Court for the Northern District of California, Case Number CV 081236.

27

28
                                    -1-

2. I make this declaration based upon my personal knowledge and if called as a witness I could and would testify competently thereto.

3. On March 29, 2006, Plaintiff's vehicle was involved in a collision in Sacramento California.

4. After the collision, Plaintiff's vehicle was taken to the Artistic Collision Center in Rancho Cordova, California for repair. The auto repair shop failed to replace Plaintiff's seatbelts and seatbelt tensioners.

5. On September 18, 2007, Plaintiff wrote a letter to Allstate Insurance Company requesting his seatbelt tensioners be replaced

6. On October 11, 2007, an Allstate Claims Adjuster in Sacramento, California denied Plaintiff's request to replace his seatbelt tensioners.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of July, 2008, in Sacramento, California.

_____
JENNIFER B. EULER

SECOND DECLARATION OF JENNIFER B. EULER IN SUPPORT OF VENUE

| | |
|---|---|
| COURT: | United States District Court for the Northern District of California |
| CASE NO. | C 08-01236 SBA |
| CASE NAME: | Robert Watts v. Allstate Indemnity Company, et al. |

### PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 1111 Exposition Boulevard, Building 500, Sacramento CA 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am readily familiar with York Law Corporation's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (CCP Section 1013a(3) or Fed.R.Civ.P.5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

On July 3, 2008, I caused the within, **SECOND DECLARATION OF JENNIFER B. EULER IN SUPPORT OF VENUE IN THE NORTHERN DISTRICT,** to be served via

**XX___ By E-Mail / Electronic Transmission--**
Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below: I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

Sonia Martin, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market St 26FL
San Francisco, CA, 94105-2708

Mark Hanover
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Dr.
Chicago, IL 60606-6404
(VIA U.S. MAIL)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration is executed on July 3, 2008 at Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Mary Enright_
Mary Enright

Proof Of Service - 1