WENDY C. YORK, SBN 166864
JENNIFER B. EULER, SBN 232378
**York Law Corporation**
1111 Exposition Boulevard, Building 500
Sacramento, CA 95815
Telephone: (916) 643-2200
Facsimile: (916) 643-4680

Attorney for Plaintiff
ROBERT WATTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATTS<br><br>        Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, ET AL.<br><br>        Defendant. | No. C 08-01236 SBA<br><br>**CERTIFICATE OF SERVICE** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WATTS,

        Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY ET AL,

        Defendant.
        _____/

No. C 08-01236 SBA

**CLERK'S NOTICE**

Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.

    YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for, **July 17, 2008, has been moved to, JULY 30, 2008, at 3:45 p.m., via telephone.**

    Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

    **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

    Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 7/15/08

                                 FOR THE COURT,

                                 Richard W. Wieking, Clerk

                                 By: s/Lisa R. Clark
                                     **Courtroom Deputy**

| | |
|---|---|
| COURT: | United States District Court for the Northern District of California |
| CASE NO. | C 08-01236 SBA |
| CASE NAME: | Robert Watts v. Allstate Indemnity Company, et al. |

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 1111 Exposition Boulevard, Building 500, Sacramento CA 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am readily familiar with York Law Corporation's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (CCP Section 1013a(3) or Fed.R.Civ.P.5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

On July 15, 2008, I caused the within, **CERTIFICATE OF SERVICE OF CLERK'S NOTICE,** to be served via

**XX    By E-Mail / Electronic Transmission--**
Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below: I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

Sonia Martin, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market St 26FL
San Francisco, CA, 94105-2708

Mark Hanover
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Dr.
Chicago, IL 60606-6404
(VIA U.S. MAIL)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that this Declaration is executed on July 15, 2008 at Sacramento, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
EVALINA PATINO

Proof Of Service - 1