MARK HANOVER (*Pro Hoc Vice*)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 North California Blvd., Suite 800
Walnut Creek, CA  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:         smartin@sonnenschein.com
                  mhanover@sonnenschein.com

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT WATTS, on behalf of himself individually and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation; ALLSTATE INSURANCE COMPANY, an Illinois corporation; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | No. CV 08 1236 SBA<br><br>ALLSTATE INSURANCE COMPANY'S RESPONSE TO COURT'S JULY 14, 2008 ORDER RE VENUE |

Allstate hereby responds to the Court's July 14, 208 Order concerning venue for this action.

Although Allstate contends this matter should not be adjudicated in any court for the reasons set forth in its Motion to Dismiss Or, Alternatively, To Stay Pending Completion of Appraisal, Allstate takes no position on whether venue is proper in the Northern District of California as to the individual claim of Robert Watts, and Allstate does not object to venue in

the Northern District of California for the individual claim of Robert Watts. To the extent this suit purports to be prosecuted on behalf of a putative nationwide class, Allstate objects to venue anywhere in California as to absent putative class members outside of California with forum selection clauses in their policies.

Dated: July 24, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP


By: _____/s/_____
                 MARK HANOVER

Attorneys for Defendants
ALLSTATE INDEMNITY COMPANY,
ALLSTATE INSURANCE COMPANY, and
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY